DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONSTANCE KATAVOLOS-AVARAS** a/k/a **CONNIE KATAVOLOS-AVARAS** and **APOLLO INVESTMENT GROUP, LLC,**
Appellants,

v.

**UH-SI, LLC,** d/b/a **PALM BEACH MARRIOTT SINGER ISLAND BEACH RESORT & SPA, 3800 N. OCEAN DR. UNIT 1703, LLC, JAMES COOPER** as trustee of **REALE PROPERTIES LAND TRUST, JAMES AVARAS, FIRM LENDING 2, LLC,** and **THE RESORT AT SINGER ISLAND, HOTEL CONDOMINIUM ASSOCIATION, INC.,**
Appellees.

Nos. 4D2022-0149 & 4D2022-2924

[February 22, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 502019CA007722.

Rebecca A. Rodriguez and Sophie M. Labarge of Nelson Mullins Riley & Scarborough, LLP, Fort Lauderdale, for appellant Apollo Investment Group, LLC.

Kendrick Almaguer of the Hachar Law Group, Miami Lakes, for appellee 3800 N. Ocean Dr. Unit 1703, LLC.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***